1064

THE STATE OF WASHINGTON, *Respondent*, v. STEFAN J. PADVORAC, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01581-9, Faith Ireland, J., entered December 22, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RONALD LUDER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-1-00853-3, Steven J. Mura, J., entered December 18, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. LONNEY TROY HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08400-4, Linda Lau, J., entered March 23, 1998. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. GREG FOREMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04186-4, John M. Darrah, J., entered September 11, 1998. *Reversed* by unpublished per curiam opinion.